FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:21-cr163-MSS-CPT
                                      18 U.S.C. § 2422(b)
CLAYTON EVERETT COLBORN
      a/k/a "Jason Rich"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or around January 2020, through on or about February 3, 2020, in the Middle District of Florida, and elsewhere, the defendant,

CLAYTON EVERETT COLBORN
a/k/a "Jason Rich,"

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, Victim 1, to engage in sexual activity for which any person could be charged with a criminal offense, specifically the crime of lewd or lascivious battery upon a person less than 16 years of age, in violation of Fla. Stat. § 800.04(4)(a) and (4)(b).

In violation of 18 U.S.C. § 2422(b).

1

## **FORFEITURE**

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2.    Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.    The property to be forfeited includes, but is not limited to, the following: Apple iPhone and 2004 black Chevrolet Corvette (Florida Tag LKBT58).

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_/s/_  
Foreperson

KARIN HOPPMANN  
Acting United States Attorney

By: _/s/_  
Lisa M. Thelwell  
Assistant United States Attorney

By: _/s/_  
Carlton C. Gammons  
Assistant United States Attorney  
Chief, Special Victims Section

FORM OBD-34
May 21

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### CLAYTON EVERETT COLBORN
a/k/a "Jason Rich"

### INDICTMENT

Violations: 18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 5th day

of May 2021.

_____
Clerk

Bail $_____

GPO 863 525