UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:21-cr-163-MSS-CPT

CLAYTON EVERETT COLBORN

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

ESSENTIAL ELEMENTS

Counts One and Two of the superseding indictment charge the defendant with

enticement of a minor, in violation of 18 U.S.C. § 2422(b). The essential elements are

as follows:

| | |
|---|---|
| First: | The defendant knowingly persuaded, induced, enticed or coerced the victim to engage in sexual activity, as charged; |
| Second: | The defendant used a computer and cellphone, via the Internet, to do so; |
| Third: | When the defendant did these acts, the victim was less than 18 years old; and |
| Fourth: | One or more of the individuals engaging in the sexual activity could have been charged with a criminal offense under the laws of the state of Florida. |

Counts Three, Four, Five, and Six of the superseding indictment charge the defendant with production of child pornography, in violation of 18 U.S.C. § 2251(a). The essential elements are as follows:

First:     an actual minor, that is, a real person who was less than 18 years old, was depicted;

Second:   the defendant employed, used, persuaded, induce, enticed, coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction, e.g., video tape of the conduct;

Third:    either the defendant knew or had reason to know that the visual depiction would be transported in interstate or foreign commerce; or the visual depiction was actually transported in interstate or foreign commerce.

Count Seven of the superseding indictment charges the defendant with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). The essential elements are as follows:

First:     the Defendant knowingly possessed one or more matters that contained a visual depiction a visual depiction;

Second:   the depiction had been shipped or transported using any means or facility of interstate or foreign commerce, including by computer;

Third:    producing the visual depiction involved using a minor engaged in sexually explicit conduct;

Fourth:   the depiction is of a minor engaged in sexually explicit conduct; and

Fifth:    the Defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

PENALTY

The penalty for the offense charged in Counts One and Two of the superseding indictment is a mandatory minimum of 10 years' imprisonment up to life, a term of supervised release of at least 5 years up to life, a maximum of $250,000 fine, a special assessment of $100, and mandatory restitution pursuant to 18 U.S.C. §§ 2429, notwithstanding §§ 3663 or 3663A.

The penalty for the offense charged in Counts Three, Four, Five, and Six of the superseding indictment is a mandatory minimum of 15 years' imprisonment, a term of supervised release of at least 5 years up to life, a maximum of $250,000 fine, a special assessment of $100, and mandatory restitution pursuant to 18 U.S.C. § 2259, notwithstanding §§ 3663 or 3663A.

The penalty for the offense charged in Count Seven of the superseding indictment is up to10 years' imprisonment, a term of supervised release of at least 5 years up to life, a maximum of $250,000 fine, a special assessment of $100, and mandatory restitution pursuant to 18 U.S.C. § 2259, notwithstanding §§ 3663 or 3663A.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment per count on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in

violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253 and 2428, as outlined in the Indictment. Among the items that will be forfeited are the following: an Apple iPhone 7 and a black 2004 Chevrolet Corvette.

## FACTUAL BASIS

Between 2018 and continuing through 2020, the defendant, Clayton Everett Colborn, used a social networking application to find minors for the purpose of engaging in sex acts. The defendant, who was between the ages of 27 and 28 at the time of the offense conduct, created a fictitious profile named "Jason Rich" and indicated that he was 16 years old. The social networking application is designed to help people make friendships. The application has two distinct age groups based on a user's profile: 1) ages 13 to 17 years old, and 2) ages 18 years and older. Using the fictitious profile, the defendant met the victims in group one—ages 13 to 17 years old. He told the victims he was 16 years old and enticed them into engaging in sexual intercourse with him at various locations throughout the Middle District of Florida, including his car, apartment, victim's residence, and a public park.

### *Count One – Victim 1*

From in or around January 2020 through on or about February 3, 2020, the defendant knowingly persuaded, induced, enticed, and coerced Victim 1 to engage in sexual activity. On February 3, 2020, Ocoee Police Department responded to a park

located in Ocoee, Florida, in reference to a suspicious vehicle that had been parked at approximately 2:30 a.m. Law enforcement officers encountered the defendant and Victim 1, who was 13 years old at the time. Law enforcement officers observed that the defendant's pants were completely unzipped.

Law enforcement officers spoke with both Victim 1 and the defendant. Victim disclosed to law enforcement officers she met the defendant on a friendship application and thought he was a 16-year-old named "Jason". On the same date she met the defendant online, she met with the defendant in person at the park. While at the park, the defendant engaged in sexual intercourse with Victim 1. The defendant then drove Victim 1 around the city in his black Corvette and digitally penetrated Victim 1's vagina while he was driving. The defendant later pulled over and performed oral sex on Victim 1. Post-*Miranda*, the defendant admitted to law enforcement officers that he used the social networking application and that his username on the account was "Clayay".

Investigators performed a rape kit for DNA on Victim 1 and obtained a state search warrant for the defendant's DNA. Victim 1's DNA profile was found on the defendant's penis and on his right hand. The defendant's DNA profile was found on Victim 1's vagina, cervix, and external genital area.

### Count Two – Victim 2

The defendant portrayed himself as a 16-year-old named "Jason Rich" and engaged in a sexual relationship with Victim 2. The sexual relationship ended on or about December 1, 2019, when Victim 2 found a piece of paper in the defendant's

home with his real name on it. Victim 2 discovered that "Jason Rich" was really a 28-year-old man named Clayton Colborn and contacted law enforcement officers.

Victim 2 provided law enforcement officers with her online communications with the defendant that occurred between October 24, 2019, and December 15, 2019. The defendant communicated with Victim 2 using his "layay" social media account. In the conversations, the defendant and Victim 2 discuss going on dates, spending the night at the defendant's house, and the defendant picking up Victim 2 to bring Victim 2 back to his house.

### Counts Three, Four, and Five – Victim 3, Victim 4, and Victim 5

The FBI obtained a federal search warrant for the defendant's iCloud account. Agents reviewed the search warrant return and observed child sex abuse material ("CSAM") that the defendant produced. The defendant knew or had reason to know that the CSAM would be transported in interstate or foreign commerce when he transferred the CSAM from his Apple iPhone 7 to his internet cloud-based storage account. To date, the FBI has identified five minor victims and interviewed them.

Victim 3

Victim 3 was 14 years old and resided in Pinellas County, Florida, at the time of the offense conduct. Victim 3 identified the defendant via his driver's license photo and stated she knew him as "Clay". Victim 3 told law enforcement officers she first met "Clay" on a social media application in or around November or December 2018. "Clay" told her he was 17 years old and that he graduated from high school early. "Clay" constantly asked for pictures of Victim 3 in her cheerleader uniform

and bathing suit. "Clay" also wanted her to send nude pictures/videos to him, which she admitted sending.

The FBI identified approximately 9 videos and 80 images, not including duplicates, that depict the defendant engaging in sexual acts with Victim 3. The following CSAM video serves as the basis for Count Three.

| | |
|---|---|
| File name: | IMG_5363.mov |
| EXIF create date: | **2/9/2019** 9:06:07 PM |
| EXIF device make/model: | Apple iPhone 7 Plus |

This video is approximately 28 minutes and 6 seconds in length and depicts the defendant engaged in vaginal and oral sex with Victim 3, while the defendant recorded the sexually explicit conduct with his phone. The defendant and Victim 3 are both clearly visible in this video. Victim 3 identified herself in a sanitized screenshot of this video. The GPS location associated with this video is approximately 2,000 feet from the defendant's residence in Lutz, Florida.

Victim 4

Victim 4 was 15 years old and resided in Pasco County, Florida, at the time of the offense conduct. Victim 4 told law enforcement officers she first met the defendant on a social networking application in or around February 2019. The defendant engaged in a sexual relationship with Victim 4 from February 2019 through in or around May 2019. During that time, the defendant engaged in vaginal and oral sex with Victim 4 on multiple occasions. The sexual encounters occurred at

7

the defendant's residence in Wesley Chapel, Florida, and Victim 4's home in New

Port Richey, Florida.

The FBI identified approximately 8 videos, not including duplicates, that

depict the defendant engaging in sexual acts with Victim 4. The following CSAM

video serves as the basis for Count Four.

| | |
|---|---|
| File name: | IMG_5782.mov |
| EXIF create date: | **2/14/2019**, 7:23:05 PM |
| EXIF device make/model: | Apple iPhone 7 Plus |

This video is approximately 12 seconds in length and depicts the defendant engaged

in vaginal intercourse with Victim 4. The defendant is visible in the mirror's

reflection and is wearing a red colored T-shirt while he is recording the sex act with

his cellular phone. The GPS location associated with this video is inside of Victim 4's

residence in New Port Richey, Florida.

<u>Victim 5</u>

Victim 5 was 14 years old and resided in Polk County, Florida, at the time of

the offense conduct. Victim 5 identified the defendant as "Jason" from his driver's

license photo. Victim 5 described that she had met "Jason" on a social networking

application in or around January or February 2019 when she was 13 years old.

The FBI identified approximately 12 videos and 1 image, not including

duplicates, that depict the defendant engaging in sexually explicit conduct with

Victim 5.

| | |
|---|---|
| The following CSAM video serves as the basis for Count Five. | |
| File name: | IMG_7543.MOV |
| EXIF create date: | **3/21/2019**, 9:57:28 PM |

8

EXIF device make/model:       Apple iPhone 7 Plus

This video is approximately 1 minute and 27 seconds in length, and depicts Victim 5, masturbating the defendant's penis while inside of his vehicle. In the video, the defendant is heard coaching Victim 5 on what to do. Victim 5 also identified herself in a sanitized screenshot of the video. The GPS location associated with this video is in Lakeland, Florida.

Victim 6

Victim 6 was 13 years old and resided in Pasco County, Florida, at the time of the offense conduct. Victim 6 identified the defendant as "Jason" from his driver's license photo. Victim 6 described that she had met "Jason" on a social networking application when she was approximately 13 or 14 years old. During their online communications, Victim 6 sent "Jason" nude photos at his request.

The FBI identified approximately one video and three images, not including duplicates, that depicts the defendant engaging in sexual acts with Victim 6. The following CSAM video serves as the basis for Count Six.

File name:          filtered-0377B269-8BDB-431A-A7CC-9E846B6B025B.mp4
EXIF created date:      **5/6/2019**, 12:48:18 AM

This video is approximately four seconds in length and depicts Victim 6 performing oral sex on the defendant. Victim 5 identified herself in a sanitized screenshot of this video.

9

*Count Seven*

In reviewing the defendant's iCloud account, the FBI identified approximately 30 videos and 81 images, not including duplicates, that depicts the defendant engaging in sexual acts with various teenage girls between the ages of 13 and 17 years old. He was also in possession of a CSAM image of Victim 7, who was 15 years old at the time. The image depicts Victim 7 fully nude in her bedroom. Victim 7 viewed a sanitized version of the photo and identified herself in the photo.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov

**U.S. v. Colborn**                                    **Case No. 8:21-cr-163-MSS-CPT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 1, 2023, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Mark J. O'Brien, Esq.

/s/ *Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov
