# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            **CASE NO: 8:21-cr-163-MSS-CPT**

**CLAYTON EVERETT COLBORN**

_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

**THIS CASE** having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 51) filed on March 28, 2023, and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 51) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, Clayton Everett Colborn has entered a plea of guilty to Counts One, Two, Three, Four, Five, Six and Seven of the Superseding Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three, Four, Five, Six and Seven of the Superseding Indictment.

3. That sentencing is scheduled for **June 27, 2023, at 10:30 AM**. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 14th day of April 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service